## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE L. SANDERS, | : | |
| | : | |
| Plaintiff, | : | Case No. C2-06-390 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| CHARLES A. CLARK, *et al.*, | : | Magistrate Judge King |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

The above-captioned case was assigned recently to this Court by random draw.  One of the named Defendants in the case, Mr. Charles A. Clark, is the husband of this Court's Courtroom Deputy, Mrs. Betty Clark.

Therefore, Court hereby **RECUSES** itself from this matter and directs the Clerk's Office to resubmit it to the random draw.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
United States District Judge

Dated: June 1, 2006